IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA JACOBS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 09-CV-3548 |
| | ) | Judge: Shadur |
| v. | ) | |
| | ) | |
| CREDITORS FINANCIAL GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, JESSICA JACOBS, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by all parties.

The dismissal of the above captioned matter is *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this Notice of Dismissal. If this case has not been reinstated within forty-five (45) days from the date of entry of this Notice, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

Respectfully submitted,
**JESSICA JACOBS**

By:   s/ David M. Marco
      Attorney for Plaintiff

Dated: July 24, 2009
David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:  (312) 222-9028 (x812)
Facsimile:  (888) 418-1277
E-Mail:     dmarco@smithlaw.us